ALMA CLAYBURGH, Appellant, v. ALBERT CLAYBURGH, Respondent. (Action No. 5.) — Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin and Townley, JJ.

SAMUEL LEVINE and Others, Appellants, v. GREENFIELD-ROFFER CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES C. GRAY, Respondent, v. ALBERT W. GRAY and ALICE WOODRUFF GRAY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES E. JOSTEN, Appellant, v. WANGLER-BUDD CO., INC., Respondent, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH C. HANDSHOE, Appellant, v. HARRY JACOBY and HOME LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED H. NEWBURGER and Others, Appellants, Respondents, v. STEWART ENGEL, Appellant, and HAROLD SLOANE, Appellant, Respondent.— Order so far as appealed from affirmed, with costs to the plaintiffs against the defendant Stewart Engel. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE B. HOLBERT, as Trustee under a Certain Deed or Deeds of Trust from EMMA MANN VYNNE, Appellant, v. LIDA JACKSON and Others, Defendants, Impleaded with YETTA WOLFF, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID FINKLE, Appellant, v. THOMAS M. FARLEY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondents Thomas M. Farley, Herman Bernstein and Charles Sussman. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SILVERMAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

I. NEWTON BROZAN, Respondent, v. GUS K. WORMS and Others, Appellants. I. NEWTON BROZAN and ISRAEL SIEGEL, Respondents, v. GUS K. WORMS and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [138 Misc. 404.]

METROPOLITAN WOMEN'S ATHLETIC CLUB, INC., Respondent, v. CORA B. THOMAS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.